# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **In re Lake Austin Properties I, Ltd. Litigation – Avalon Resorts** | **Case No. 6:10-cv-00101-Orl-22KRS** (Consolidated with: |
| | **Case No. 6:10-cv-00315-Orl-22KRS** |
| | **Case No. 6:10-cv-00360-Orl-22KRS** |
| | **Case No. 6:10-cv-00339-Orl-22KRS** |
| | **Case No. 6:10-cv-00432-Orl-22KRS** |
| | **Case No. 6:10-cv-00490-Orl-22KRS** |
| | **Case No. 6:10-cv-00543-Orl-22KRS** |

## Notice of Settlement and Joint Motion to Stay Pending Disbursement

Plaintiff(s) and Defendant(s) (collectively, the "Parties"), by and through their respective undersigned counsel, file this Notice of Settlement and Joint Motion to Stay Pending Disbursement and say as follows:

1. The Parties have reached a settlement of the action listed in the caption, which will result in the termination of this case. The Settlement Agreement, which has been fully executed, provide for the filing of a Joint Stipulation for Voluntary Dismissal with Prejudice upon receipt by Plaintiffs' counsel of the settlement proceeds. The settlement proceeds are held by a third-party escrow agent and the Parties anticipate that disbursement will be completed within fifteen (15) business days.

2. In light of the pending settlement, and in the interest of saving unnecessary labor by counsel and the Court, the Parties hereby submit this Notice and respectfully request that the Court issue an Order staying this action for a period of not more than thirty (30) days, by which time the settlement will have been concluded and the Joint Stipulation for Voluntary Dismissal with Prejudice will be filed.

\* Correcting the caption to conform with the consolidation order.

**Wherefore**, the Parties respectfully move for an Order staying the above-listed case for a period of no more than **thirty** (**30) days** pending completion of the settlement and submission of a Joint Stipulation for Voluntary Dismissal with Prejudice.

Dated:  May 26, 2010

By: /s/  John L. Urban, Esq._____
    John L. Urban, Esq.
    Florida Bar No.: 175307
    Urban, Their, Federer & Jackson
    200 S. Orange Avenue
    Suite 2025
    Orlando, FL 32801
    (407) 245-8532
    (407) 245-8361
    Attorneys for Plaintiffs

By:/s/  John A. Boudet, Esq._____
    John A. Boudet, Esq.
    Florida Bar No.:  515670
    jboudet@ralaw.com
    Trial Counsel
    Roetzel and Andress, LPA
    420 S. Orange Avenue
    CNL Tower II, Seventh Floor
    Orlando, FL 32801
    (407) 245-2451
    (407) 835-3596
    Attorneys for Defendant(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  26th day of May 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to:

John L. Urban, counsel for plaintiff at urban@urbantheir.com.

    **/s/ John A. Boudet_____**
    John A. Boudet